Brian J. McMahon, Esq.
E. Evans Wohlforth, Jr., Esq.
William P. Deni, Jr., Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey  07102-5310
(973) 596-4500

    and

William Pratt, Esq.
Frank Holozubiec, Esq.
Zachary Brez, Esq.
Joshua Simon, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARLERY FRANCO, and WILLIAM B. ERICSON, M.D., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE CO., CIGNA CORPORATION, and CIGNA HEALTH CORPORATION,<br><br>    Defendants. | Case No. 07-6039 (FSH) (PS)<br><br>**NOTICE OF MOTION TO DISMISS** |

**TO:**    Barry M. Epstein, Esq.
        Barbara G. Quackenbos, Esq.
        Wilentz, Goldman & Sptizer P.A.
        90 Woodbridge Center Drive
        Suite 900 Box 10
        Woodbridge, New Jersey 07095
        Counsel for Plaintiffs Darlery Franco and
        William B. Ericson, M.D.

**PLEASE TAKE NOTICE** that, pursuant to the shortened briefing schedule set forth in the Court's Order of December 20, 2007, on Monday, March 24, 2008, or as soon as counsel may be heard, defendants Connecticut General Life Insurance Company, CIGNA Corporation, and CIGNA Health Corporation (the "CIGNA Defendants"), by and through their attorneys, Gibbons P.C. and Kirkland & Ellis LLP, shall move before the Honorable Faith S. Hochberg, U.S.D.J., United States District Court for the District of New Jersey, United States Post Office and Courthouse Building, Room 399, Newark, New Jersey, for an Order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing the Complaint filed by Plaintiff Darlery Franco with prejudice.

**PLEASE TAKE FURTHER NOTICE** that the CIGNA Defendants shall rely on the Memorandum of Law submitted in support of this Motion, the Certification of Brian J. McMahon, and all other papers of record.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service of these moving papers is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event there is opposition to this Motion.

Dated:  February 20, 2008	BY:	     s/Brian J. McMahon	
	Brian J. McMahon, Esq.
	E. Evans Wohlforth, Jr., Esq.
	William P. Deni, Jr., Esq.
	GIBBONS P.C.
	One Gateway Center
	Newark, New Jersey 07102-5310
	Phone:  (973) 596-4500
	Fax:   (973) 639-6229
	bmcmahon@gibbonslaw.com

	and

	William Pratt, Esq.
	Frank Holozubiec, Esq.
	Zachary Brez, Esq.
	Joshua Simon, Esq.
	Kirkland & Ellis LLP
	Citigroup Center
	153 East 53rd Street
	New York, New York 10022
	(212) 446-4800
	wpratt@kirkland.com

	Attorneys for Defendants