UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                                :

**DARLERY FRANCO, et al.,**          :
       **Plaintiffs**                    :
                                           :
     v.                               :        Civil Action No. 07-6039(FSH)
                                           :
                                           :ORDER ON INFORMAL APPLICATION
**CONNETICUT GENERAL LIFE INS.** :
**CO., et al.**                             :
       **Defendants**                 :
                                           :
_____:

      This matter having come before the Court for a telephone conference on the record on March 3, 2009;

      and the Court having been advised of various discovery issues;

      and the Court having considered the arguments and representations of the parties;

      and for the reasons set forth on the record on March 3, 2009;

      and for good cause shown,

      IT IS ON THIS 3rd day of March, 2009

      ORDERED that, no later than no later than **March 18, 2009**, defendants shall provide the last known addresses for William Frank, Michael Wise, and Joseph Muscato or advise the plaintiffs that defense counsel will be representing these individuals at the depositions and that the defendants will facilitate their appearance;

      IT IS FURTHER ORDERED that, no later than **March 18, 2009**, the defendants shall provide the plaintiffs with documentation sufficient to show Carol Fuller's last date of employment with the defendants;

IT IS FURTHER ORDERED that, no later than **March 18, 2009**, the plaintiffs shall provide the defendants with a list of the sharepoint documents that they have been unable to link with the parent email and, no later than **March 30, 2009**, the defendants shall provide the parent emails or information in the metadata that would enable the plaintiffs to link the parent and sharepoint documents;

IT IS FURTHER ORDERED that, no later than **March 6, 2009**, the plaintiff shall serve notices for the depositions that they seek to complete before the filing of motions for class certification.  If the Rule 30(b)(6) notices include topics for which additional time is needed to adequately prepare witness(es), then the Court will entertain a request to adjust the deadlines associated the class certification briefing.  Nothing herein is to be construed as permitting the parties to bifurcate class from merits discovery but rather seeks to prioritize the completion of depositions needed for class certification motion practice;

IT IS FURTHER ORDERED that the defendants' objection to plaintiffs' privilege challenges on timing grounds is overruled;

IT IS FURTHER ORDERED that there shall be a telephone status conference on **May 14, 2009 at 3:30 p.m.**  Plaintiff shall initiate the telephone call; and

IT IS FURTHER ORDERED that all deadlines shall remain unchanged.


        s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**