United States District Court
for the District of New Jersey

_____          :
                                                 :
**DARLERY FRANCO, ET AL.**                       :
                                                 :    Civil No. 07-6039
          Plaintiff                              :
                                                 :
     vs.                                         :    Order of Reassignment
                                                 :
**CONNECTICUT GENERAL LIFE INSURANCE, ET AL.**   :
                                                 :
          Defendant                              :
_____           :

It is on this 20th day of May 2009,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge Stanley R. Chesler.


                                                S/Garrett E. Brown, Jr.
                                          Garrett E. Brown, Jr., Chief Judge
                                          United States District Court