## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| DARLERY FRANCO, individually and on behalf of all others similarly situated, et al., | : : : | |
| Plaintiffs, | : : | **Case No. 07-cv-6039 (SRC) (PS)** |
| v. | : : | **ORDER** |
| CONNECTICUT GENERAL LIFE INSURANCE CO., et al., | : : : | |
| Defendants. | : : | |

## ORDER REGARDING
## CONSOLIDATED AMENDED COMPLAINT

This matter comes before the Court upon applications made by the Subscriber and Provider Plaintiffs and by Defendants Connecticut General Life Insurance Co., CIGNA Corporation, CIGNA Health Corporation, Connecticut General Corporation, CIGNA Behavioral Health, Inc., and CIGNA Dental Health, Inc. (collectively, "CIGNA") at a status conference, held on July 6, 2009, regarding the Court's Case Management Order No. 1 (the Court's "CMO"), entered June 17, 2009; the Court having considered the parties' positions; it is hereby **ORDERED**:

The Court's CMO is modified as follows:

1.    Consolidated Amended Complaint.    Plaintiffs shall file and serve a Consolidated Amended Complaint by **August 7, 2009**.

2.    RICO Statement.    If the Consolidated Amended Complaint contains a RICO claim, Plaintiffs shall file and serve a RICO statement by **August 21, 2009**.

3.     <u>Motions to Dismiss</u>.    Defendants' pending motion to dismiss, being moot, is administratively terminated.    Defendants shall file and serve any motion to dismiss the Consolidated Amended Complaint and supporting papers no later than **September 9, 2009**. In any such motion, Defendants shall not raise any issue that has previously been decided. Any opposition shall be filed no later than **October 21, 2009**.   Any reply brief shall be filed no later than **November 11, 2009**.

4.     <u>Discovery Not Stayed</u>.   Discovery shall not be stayed pending the resolution of any motion to dismiss or CIGNA's pending applications for motions to enforce in MDL No. 1334.

5.     All other provisions of the Court's CMO shall remain in effect.

STANLEY R. CHESLER
United States District Judge