Brian J. McMahon, Esq.
E. Evans Wohlforth, Jr., Esq.
William P. Deni, Jr., Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

and

William H. Pratt, Esq.
Zachary S. Brez, Esq.
Joshua B. Simon, Esq.
Andrew R. Dunlap, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DARLERY FRANCO, individually and on behalf of all others similarly situated, et al., | *Document Electronically Filed* <br><br> **Case No. 07-cv-6039 (SRC) (PS)** |
| Plaintiffs, | |
| v. | **NOTICE OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT** |
| CONNECTICUT GENERAL LIFE INSURANCE CO., et al., | |
| Defendants. | |

**TO:**  Barry M. Epstein, Esq.
Barbara G. Quackenbos, Esq.
Wilentz, Goldman & Spitzer P.A.
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, New Jersey 07095
Counsel for Plaintiffs

D. Brian Hufford, Esq.
Robert J. Axelrod, Esq.
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue
New York, New York 10017
Counsel for Plaintiffs

Andrew S. Friedman, Esq.
Kathryn A. Jann, Esq.
Elaine A. Ryan, Esq.
Bonnett, Fairbourn, Friedman & Balint, PC
2901 North Central Avenue
Suite 1000
Phoenix, Arizona 85012
Counsel for Plaintiffs

Joe R. Whatley, Jr., Esq.
Edith M. Kallas, Esq.
Tucker W. Brown, Esq.
Whatley, Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, New York 10036
Counsel for Plaintiffs

Bruce Heller Nagel, Esq.
Nagel Rice, LLP
103 Eisenhower Parkway
Suite 102
Roseland, New Jersey 07068
Counsel for Plaintiffs

**PLEASE TAKE NOTICE** that, pursuant to the briefing schedule set forth in the Court's Order of June 17, 2009 (Docket Entry 210), on Monday, December 7, 2009, or as soon as counsel may be heard, defendants Connecticut General Life Insurance Company, CIGNA Corporation, and CIGNA Health Corporation (the "Defendants"), by and through their attorneys, Gibbons P.C. and Kirkland & Ellis LLP, shall move before the Honorable Stanley R. Chesler, U.S.D.J., United States District Court for the District of New Jersey, United States Post Office and Courthouse Building, One Federal Square, Newark, New Jersey, for an Order

pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Consolidated Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that the Defendants shall rely on the Memorandum of Law submitted in support of this Motion and all other papers of record.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service of these moving papers is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event there is opposition to this Motion.

Dated: September 9, 2009 BY:     s/Brian J. McMahon
    Brian J. McMahon, Esq.
    E. Evans Wohlforth, Jr., Esq.
    William P. Deni, Jr., Esq.
    GIBBONS P.C.
    One Gateway Center
    Newark, New Jersey 07102-5310
    Phone: (973) 596-4500
    Fax: (973) 639-6229
    bmcmahon@gibbonslaw.com

and

William H. Pratt, Esq.
Zachary S. Brez, Esq.
Joshua B. Simon, Esq.
Andrew R. Dunlap, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
wpratt@kirkland.com

Attorneys for Defendants