Case 2:07-cv-06039-SRC-PS Document 273

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

DARLERY FRANCO, individually and on behalf of all others similarly situated,

    Plaintiffs,

-against-

CONNECTICUT GENERAL LIFE CO., CIGNA CORPORATION and CIGNA HEALTH CORPORATION,

    Defendants.

-----------------------------------------------------------X

Docket No. 07-6039 (FSH)(PS)

## PLAINTIFF PAIN MANAGEMENT CENTER OF SOUTHERN INDIANA, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Pain Management Center of Southern Indiana, Inc., by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby provides notice of the voluntary dismissal, without prejudice, of its claims in this matter.

Dated: November 13, 2009

D. Brian Hufford, Esq.
Robert J. Axelrod, Esq.
Susan J. Weiswasser, Esq.
POMERANTZ HAUDEK
 GROSSMAN & GROSS LLP
100 Park Avenue
New York, NY 10017
212-661-1100

Joe R. Whatley, Esq.
Edith M. Kallas, Esq.
W. Tucker Brown, Esq.
Laurence J. Hasson, Esq.
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
212-447-7070

*Interim Co-Lead Class Counsel for Provider and Association Plaintiffs*


Andrew S. Friedman, Esq.
Elaine A. Ryan, Esq.
Kathryn A. Jann, Esq.
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
602-274-1100


*Counsel*

SO ORDERED: _____
STANLEY R. CHESLER, U.S.D.J.