

BRIAN J. MCMAHON
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: (973) 596-4705 Fax: (973) 639-6229
bmcmahon@gibbonslaw.com

December 3, 2009

**<u>Via ECF Filing</u>**

Honorable Patty Shwartz, U.S.M.J.
United States District Court
District of New Jersey
United States Post Office
 & Courthouse Building, Room 477
One Federal Square
Newark, New Jersey  07101

    Re:  **Franco, et al. v. CGLIC, CIGNA Corp., et al.**
         **Civil Action Number: 07-6039 (SRC) (PS)**

Dear Judge Shwartz:

    As ordered on November 16, the parties submit this joint letter to inform the Court that the 30(b)(6) depositions of CIGNA witnesses on all outstanding topics have been scheduled as follows[1]:

| 30(b)(6) Depositions of CIGNA Witnesses | | |
|---|---|---|
| **Deponent** | **Date** | **Place** |
| Maureen Altier | Completed 6/15 | |
| Anita Hill | 12/9 | Newark (Gibbons P.C.) |
| Patricia Fry | 12/15 | Denver (to be determined) |
| Greg Sullivan | 12/16 | New York (Kirkland & Ellis LLP) |
| Wendy Sherry | 12/17-12/18 | New York (Kirkland & Ellis LLP) |

---

[1]    The parties are discussing the scope and timing of depositions related to CIGNA's claims data.

GIBBONS P.C.

Honorable Patty Shwartz, U.S.M.J.
December 3, 2009
Page 2

Respectfully submitted,

Brian J. McMahon, Esq.
E. Evans Wohlforth, Jr., Esq.
William P. Deni, Jr., Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey  07102-5310
(973) 596-4500

William H. Pratt, Esq.
Joshua B. Simon, Esq.
Andrew R. Dunlap, Esq.
Ryan M. Morettini, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Defendants Connecticut
General Life Insurance Company, CIGNA
Corporation, and CIGNA Health
Corporation*

Barry M. Epstein, Esq.
Barbara Gail Quackenbos, Esq.
WILENTZ GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07724-2265
(732) 636-8000

D. Brian Hufford, Esq.
Robert J. Axelrod, Esq.
POMERANTZ HAUDEK
GROSSMAN & GROSS LLP
100 Park Avenue
New York, NY 10017

GIBBONS P.C.

Honorable Patty Shwartz, U.S.M.J.
December 3, 2009
Page 3

Joe R. Whatley, Jr., Esq.
Edith M. Kallas, Esq.
WHATLEY, DRAKE & KALLAS, LLC
1540 Broadway
New York, NY 10036

Bruce H. Nagel, Esq.
Diane E. Sammons, Esq.
NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, NJ 07068

*Co-Interim Class Counsel for Plaintiffs*