UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DARLERY FRANCO, ET AL.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civil Action No. 07-6039(SRC) |
| : | |
| **CONNECTICUT GENERAL LIFE, ET AL.,** : | |
| : | |
| **Defendants.** : | |
| _____ : | |

This matter having come before the Court by way of motion of the defendants to seal documents and/or portions thereof attached to the Declaration of William P. Deni, Jr., which are submitted in opposition to the motion for class certification;

and the Court having considered the submission and opposition thereto as well as the governing law;

and for the reasons set forth in the Opinion delivered on the record on August 11, 2010;

and for good cause shown,

IT IS ON THIS 11th day of August, 2010

ORDERED that the motion to seal [Docket No. 500] is granted in part and denied in part as follows. The parties may seal only the following:

1. Exhibit 5, Page 239:19, from the word "for" to the word "on";

2. Exhibit 16, all components other than the headings;

3. Exhibit 20, all components other than the headings and dates;

4. Exhibit 21, CIG0010244228-31 other than the headings and dates;

5. Exhibits 22, 23, 38, 41, 42, 43, 50, 56, 58, and 59, sealing only the patient and

healthcare providers names, street address, personal identifiers, including dates of birth, provider, subscriber, member or insured identification numbers, and policy numbers.

   6.  Exhibit 24, CIG0001039247-49, other than headings and dates;

   7.  Exhibit 25, CIG0006804177-22, all components other than headings and dates;

   8.  Exhibit 35, Pages 23:3-21, 25:5-7, 25:16-26:7, 26:10-16, 26:20-27:1, 28:1-17; 31:24-32:13, 32:17-22; 32:25-33:6, 33:9-12; 33:16-25, 34:4-12, 34:15-25, 38:18-39:11, 39:14-19, 39:24-25, 42:1-6, 42:11-21, 42:24-43:4, 43:22-25, 45:12-46:17, 46:21-47:13, 47:19-25, 55:1-8, 55:13-21, 55:25-56:9, 56:15-23, 68:14-22, 69:15, 69:20-24, 93:22-24, 94:14-16, 101:16-22, 101:25-102:3, 102:5-8, 102:14-18, 102:20-23, 102:25, and 175:12-18;

   9.  Exhibit 37, all components other than headings and dates;

   10.  Exhibit 40, CIG000004166-70 and CIG000000055-56, all components other than the headings; and

   11.  Exhibit 60, CIG0009077080-85 and CIG0009077087-90, all components except the headings and dates; and

   IT IS FURTHER ORDERED that, to the extent a document or portion thereof is not identified above, the request to seal is denied; and

   IT IS FURTHER ORDERED that nothing herein constitutes a ruling concerning a request to seal the above information at trial.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE