**LOWENSTEIN SANDLER PC**
Michael B. Himmel, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
mhimmel@lowenstein.com
*Attorneys for Defendants*
*Ingenix, Inc. and UnitedHealth Group, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARLERY FRANCO, individually and on behalf of all others similarly situated, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE CO., et al.,<br><br>                Defendants. | *Document Electronically Filed*<br><br>Lead Case No. 07-cv-6039 (SRC)(PS)<br><br><u>Nelson v. Connecticut General Life Insurance Co., et al.</u>, No. 10-cv-1122<br><br>**DEFENDANTS UNITEDHEALTH GROUP, INC.'S AND INGENIX INC.'S NOTICE OF MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF BERNARD SISKIN, PH.D., STEPHEN FOREMAN PH.D., AND GORDON RAUSSER, PH.D.** |

     **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Evidence 702 and Local Rule 7.1, on November 15, 2010 or as soon as counsel may be heard, defendants UnitedHealth Group, Inc. and Ingenix, Inc. (collectively, the "United Defendants"), shall move before the Honorable Stanley R. Chesler, U.S.D.J., of the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order granting the United Defendant's Motion *In Limine* To Exclude Under FRE 702 The Class Certification Testimony And Opinions Of Plaintiffs' Experts Bernard Siskin Ph.D., Stephen Foreman Ph.D. And Gordon Rausser Ph.D.

23094/5
10/22/2010 15502992.1

**PLEASE TAKE FURTHER NOTICE** that the United Defendants shall rely on the Memorandum of Law submitted in support of this Motion and all other papers of record.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith pursuant to Local Rule 7.1(e).

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event there is opposition to this Motion.

Dated: October 22, 2010

Respectfully submitted,

/s/ Michael B. Himmel
Michael B. Himmel, Esq.
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

Jeffrey S. Klein, Esq.*
Nicholas J. Pappas, Esq.*
Christopher R.J. Pace, Esq.*
Salvator A. Romanello, Esq.*
Daniel J. Venditti, Esq.*
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
*Admitted *Pro Hac Vice*

*Attorneys for Defendants UnitedHealth Group, Inc. and Ingenix, Inc.*