UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARLERY FRANCO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE CO., et al.,<br><br>Defendants. | Case No. 07-cv-6039 (SRC) (PS)<br><br>ORDER |

**CHESLER**, District Judge

This matter having come before the Court on the motion by Plaintiffs for class certification pursuant to Federal Rule of Civil Procedure 23(b)(3) [docket entry 663]; and Defendant Cigna having opposed the motion; and the Court having proceeded to consider the motion based on the papers submitted and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 16th day of January, 2013,

**ORDERED** that Plaintiffs' motion for class certification [docket entry 663] be and hereby is **DENIED**.

    s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge