**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF NEW JERSEY**

DARLERY FRANCO, individually and
on behalf of all others similarly situated,

Plaintiffs,

v.

CONNECTICUT GENERAL LIFE
INSURANCE CO., et al.,

Defendants.

Case No. 07-6039 (SRC) (CLW)

**NOTICE OF DEFENDANTS'
MOTION TO FILE EXHIBITS
UNDER SEAL PURSUANT TO
LOCAL CIVIL RULE 5.3**

**TO:**   Barry M. Epstein, Esq.
Barbara G. Quackenbos, Esq.
Epstein & Quackenbos, P.C.
103 Eisenhower Parkway
Roseland, New Jersey 07068-1031
Counsel for Plaintiffs

Bruce Heller Nagel, Esq.
Randee M. Matloff, Esq.
Diane E. Sammons, Esq.
Nagel Rice, LLP
103 Eisenhower Parkway
Suite 102
Roseland, New Jersey 07068
Counsel for Plaintiffs

James E. Cecchi, Esq.
Lindsay H. Taylor, Esq.
Carella, Byrne, Cecchi,
Olstein, Brody & Agnello
5 Becker Farm Road
Roseland, New Jersey 07068

Steve Weiss, Esq.
Chris Seeger, Esq.
Seeger Weiss
550 Broad Street
Suite 920
Newark, NJ 07102

Joseph Guglielmo, Esq.
Christopher Burke, Esq.
Amanda Lawrence, Esq.
Scott+Scott
500 Fifth Avenue
40th Floor
New York, NY 10110

**PLEASE TAKE NOTICE** that on February 3, 2014, or an earlier date as to

be set by the Court, Defendants Connecticut General Life Insurance Company,

CIGNA Corporation, and CIGNA Health Corporation ("Defendants"), by and

through their attorneys, Gibbons P.C. and Kirkland & Ellis LLP, shall move before

the Honorable Cathy L. Waldor, U.S.M.J., United States District Court for the

District of New Jersey, Dr. Martin Luther King Courthouse, Newark, New Jersey,

for entry of an Order pursuant to the Order dated June 11, 2010 that set forth the

protocol for a motion to seal and the Orders dated August 11, 2010, August 31,

2010, November 1, 2010, and February 8, 2012, to seal exhibits 4-5, 11-13, 15, 19-

20, 23, 29, and 31 to the Declaration of William P. Deni, Jr. in support of

Defendants' Counter-Statement to Plaintiffs' Statement of Undisputed Facts and

Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment,

exhibit 18 to the Declaration of William P. Deni, Jr. in support of Defendants'

Motion to Exclude the Reports and Testimony of Dr. Stephen E. Foreman, exhibits 20-22 and 24-29 to the Declaration of William P. Deni, Jr. in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, exhibits 1-5 to the Declaration of Anita Hill in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, and exhibits 1-4 to the Declaration of Wendy Sherry in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants will rely upon the enclosed Certification of William P. Deni, Jr., Brief, and Proposed Statement of Facts and Conclusions of Law.  A proposed Form of Order is being submitted with this motion.

Respectfully submitted,

Dated: January 9, 2014
          Newark, New Jersey

/s/ William P. Deni, Jr._____
Brian J. McMahon, Esq.
E. Evans Wohlforth, Jr., Esq.
William P. Deni, Jr., Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey  07102-5310
(973) 596-4500

and

- 3 -

- 4 -

William H. Pratt, Esq.
Frank M. Holozubiec, Esq.
Joshua B. Simon, Esq.
Katherine L. McDaniel, Esq.
Warren Haskel, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

Attorneys for Defendants