| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>**CARELLA, BYRNE, CECCHI,**<br>**OLSTEIN, BRODY & AGNELLO**<br>5 Becker Farm Rd.<br>Roseland, New Jersey 07068<br>(973) 994-1700 | Joe R. Whatley, Jr.<br>Edith M. Kallas<br>**WHATLEY KALLAS, LLP**<br>1180 Avenue of the Americas, 20th Floor<br>New York, NY  10036<br>(212) 447-7060 |

*Counsel for Provider and Association Plaintiffs*
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

--------------------------------------------------------X    Civil Action No. 07-6039 (SRC)(PS)

DARLERY FRANCO, et al.,

            Plaintiffs,

v.

CONNECTICUT GENERAL LIFE            **NOTICE OF APPEAL**
INSURANCE COMPANY, et al.,

            Defendants.
--------------------------------------------------------X

TO THE COURT AND ALL COUNSEL OF RECORD:

      The American Medical Association, Medical Society of New Jersey, Medical Society of the State of New York, Connecticut State Medical Society, Texas Medical Association, North Carolina Medical Society, Tennessee Medical Association, Medical Association of Georgia, California Medical Association, Florida Medical Association, Washington State Medical Association, El Paso County Medical Society, American Podiatric Medical Association and New Jersey Psychological Association on behalf of themselves and their members licensed to practice medicine after the Effective Date in the prior Cigna settlement and James N. Gardner, M.D., Carmen M. Kavali, M.D., Brian Mullins, M.S., P.T., hereby give notice of the appeal of the

Opinion (Doc. 808) and Order (Doc. 809) entered on June 24, 2014, granting Defendants' motion for summary judgment and all prior orders that affected these parties, including but not limited to, the Opinion (Doc. 638) and Order (Doc. 639) dismissing their claims entered on September 23, 2011.

Dated: July 23, 2014

/s/ Joe R. Whatley
Joe R. Whatley, Esq.
Edith M. Kallas, Esq.
**WHATLEY KALLAS, LLP**
1180 Avenue of the Americas, 20th Floor
New York, NY  10036
(212) 447-7060

/s/ James E. Cecchi
James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO**
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

Robert J. Axelrod
**AXELROD & DEAN, LLP**
830 Third Avenue, Floor 5
New York, NY  10022
(646) 448-5263

Andrew S. Friedman
**BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.**
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
Tel: (602) 274-1100

Bruce D. Greenberg
**LITE DePALMA GREENBERG, LLC**
Two Gateway Center, 12th Floor
Newark, NJ  07102
Tel:  (973) 623-3000

*Counsel For Provider and Association Plaintiffs*

2

**CERTIFICATE OF SERVICE**

  I, Joe R. Whatley, Jr., hereby certify that on July 23, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                 _/s/ *Joe R. Whatley, Jr.*_
                 Joe R. Whatley, Jr.