UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 14-3395 and 14-3396

_____

DARLERY FRANCO, individually and on behalf of all others similarly situated;
AMERICAN MEDICAL ASSOCIATION; MEDICAL SOCIETY OF NEW JERSEY;
MEDICAL SOCIETY OF THE STATE OF NEW YORK;
CONNECTICUT STATE MEDICAL SOCIETY; TEXAS MEDICAL ASSOCIATION;
NORTH CAROLINA MEDICAL SOCIETY; DARRICK E. ANTELL, M.D.;
FREDERICK A. VALAURI, M.D.; JAMES N. GARDNER; JOHN SENEY;
SUSAN J. SHIRING, LCSW; BRIAN MULLINS, M.S., P.T.; MALDONADO
MEDICAL LLC; PAIN MANAGEMENT CENTER OF SOUTHERN INDIANA;
CARMEN KAVALI, M.D.; TENNESSEE MEDICAL ASSOCIATION; MEDICAL
ASSOCIATION OF GEORGIA; CALIFORNIA MEDIAL ASSOCIATION; FLORIDA
MEDICAL ASSOCIATION; EL PASO COUNTY MEDICAL SOCIETY; AMERICAN
PODIATRIC MEDICAL ASSOCIATION; NEW JERSEY PSYCHOLOGICAL
ASSOCIATION; WASHINGTON STATE MEDICAL SOCIETY;
DAVID CHAZEN; NORTH PENINSULA SURGICAL CENTER, L.P.; CAMILO
NELSON, SR.; SHAHIDAH NELSON; CAMILO NELSON, JR.

v.

CONNECTICUT GENERAL LIFE INSURANCE CO.; CIGNA CORPORATION;
CIGNA HEALTH CORPORATION; CONNECTICUT GENERAL CORPORATION;
CIGNA BEHAVIORAL HEALTH INC.; CIGNA DENTAL HEALTH INC.;
S. HIGASHI, D.G., individually and on behalf of all other similarly situated agent of Mar
Vista Institute of Health;
UNITED HEALTH GROUP, INC.; INGENIX, INC.


AMERICAN MEDICAL ASSOCIATION; MEDICAL SOCIETY OF NEW JERSEY;
MEDICAL SOCIETY OF THE STATE OF NEW YORK; CONNECTICUT STATE
MEDICAL SOCIETY; TEXAS MEDICAL ASSOCIATION; NORTH CAROLINA
MEDICAL SOCIETY; TENNESSEE MEDICAL ASSOCIATION; MEDICAL
ASSOCIATION OF GEORGIA;  CALIFORNIA MEDICAL ASSOCIATION;
FLORIDA MEDICAL ASSOCIATION; WASHINGTON STATE MEDICAL
ASSOCIATION; EL PASO COUNTY MEDICAL SOCIETY;
AMERICAN PODIATRIC MEDICAL ASSOCIATION; NEW JERSEY
PSYCHOLOGICAL ASSOCIATION; JAMES N. GARDNER, M.D.; CARMEN M.

KAVALI, M.D.; BRIAN MULLINS, M.S., P.T.,
          Appellants in 14-3395

DARLERY FRANCO; DAVID CHAZEN;
CAMILO NELSON, SR.; SHAHIDAH NELSON;
CAMILO NELSON, JR.,
          Appellants in 14-3396

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 2-07-cv-06039)
District Judge: Honorable Stanley R. Chesler
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
June 4, 2015

Before: RENDELL, HARDIMAN, and VANASKIE, *Circuit Judges*
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on June 4, 2015. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered September 23, 2011, be and the same is hereby AFFIRMED in part and VACATED in part. The District Court's order of November 1, 2013, be and the same is hereby AFFIRMED. The District Court's order of April 14, 2014, be and the same is hereby AFFIRMED. The District Court's order of June 24, 2014, be and the same is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: May 2, 2016