## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DARLERY FRANCO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> - against - <br><br> CONNECTICUT GENERAL LIFE INSURANCE CO., CIGNA CORPORATION, and CIGNA HEALTH CORPORATION, <br><br> Defendants. | Case No.: 07-CV-06039-SRC-CLW <br><br> ECF Case <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by Plaintiffs James N. Gardner, M.D., Brian Mullins, M.S., P.T., and Carmen Kavali, M.D. and Defendants Connecticut General Life Insurance Co., Cigna Corporation, and Cigna Health Corporation, by and through their respective counsel, and ordered by the Court, that this case shall be and is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each Party will bear its own costs and attorneys' fees.

[Signatures follow on next page]

STIPULATED AND AGREED BY:

Joe R. Whatley, Jr., Esq.
WHATLEY KALLAS, LLP
1180 Avenue of the Americas
20th Floor
New York, NY 10036
Telephone: (212) 447-7060
jwhatley@whatleykallas.com

W. Tucker Brown, Esq.
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Whatley Kallas, LLP
P. O. Box 10968
Birmingham, AL 35202-0968
Telephone: 205-488-1273
tbrown@whatleykallas.com

*Counsel for Provider Plaintiffs*

Brian J. McMahon, Esq.
E. Evans Wohlforth, Jr., Esq.
William P. Deni, Jr., Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
bmcmahon@gibbonslaw.com
ewohlforth@gibbonslaw.com
wdeni@gibbonslaw.com

Joshua B. Simon, Esq.
Warren Haskel, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
joshua.simon@kirkland.com
whaskel@kirkland.com

*Counsel for Defendants Connecticut General
Life Insurance Co., Cigna Corporation and
Cigna Health Corporation*

SO ORDERED:

The Honorable Stanley R. Chesler
United States District Judge